# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SARAH VEASAW, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | 4: 2021-CV-02736 |
| § | |
| HYTORC OF TEXAS INC, § | |
| § | |
| *Defendant*. § | |

## NOTICE OF SETTLEMENT

1. The Parties have reached a settlement of all claims in the case.

2. Therefore, the Parties respectfully request the Court take notice of the settlement and allow the Parties an additional thirty (30) days to finalize the settlement papers.

**SCHANER LAW FIRM PLLC**

By: /s/Dean J. Schaner
Dean J. Schaner
Texas Bar No. 17726500
S.D. No. 112457
deanschaner@schanerlawfirm.com
5313 Pocahontas Street
Bellaire, Texas 77401
Telephone: (832-548-1478
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on September 21, 2023, Plaintiff served this document by email and the CM/ECF system upon all counsel of record:

Pamela Banks Linberg
Jackson Lewis PC
717 Texas Avenue, Suite 1700
Houston, Texas 77002
713-568-7871
Pamela.Linberg@jacksonlewis.com
Lead Counsel for Hytorc of Texas Inc.

/s/Dean J. Schaner
Lead Counsel for Plaintiff